433 A.2d 528

Commonwealth v. James, etc., Appellant.

Submitted November 14, 1980. Paulette J. Balogh, for appellant; Robert L. Eberhardt, Deputy District Attorney, for Commonwealth, appellee.

552

Before CERCONE, P. J., and SHERTZ and WIEAND, JJ.

Judgment of sentence is affirmed.